| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FOCUS TEN OF TAMPA, INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**ARBY'S RESTAURANT** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**01-0817873** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**28705 BENNINGTON DRIVE**<br>**WESLEY CHAPEL, FL**<br>ZIP CODE 33544 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**PASCO** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**SEE LIST OF PHYSICAL LOCATIONS IN ADDITION TO THE ADMINISTRATIVE OFFICE**<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition Is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>**ARBY'S RESTAURANT** | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>FOCUS TEN OF TAMPA, INC |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

---

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | FOCUS TEN OF TAMPA, INC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    _____
    Telephone Number (if not represented by attorney)

    _____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    Date

### Signature of Attorney*

X *Rod Anderson (signature)*

    Signature of Attorney for Debtor(s)
    ROD ANDERSON
    Printed Name of Attorney for Debtor(s)
    HOLLAND & KNIGHT
    Firm Name
    100 NORTH TAMPA ST STE 4100 TAMPA,
    Address  FL 33602

    _____

    Telephone Number
    8132278500
    Date
    3/30/10

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

    _____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    _____
    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

    _____
    Address

X _____

    _____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Donna J Doyle (signature)*
    Signature of Authorized Individual
    DONNA J DOYLE
    Printed Name of Authorized Individual
    SECT TREASURER
    Title of Authorized Individual
    3/30/2010
    Date

**FOCUS TEN OF TAMPA, INC. LIST OF LOCATION OF PRINCIPAL ASSETS OF BUSINESS**

ARBY'S # 7603
515 E CANAL ST
MULBERRY, FL 33860

ARBY'S #7604
5610 E. FOWLER AVE
TEMPLE TERRACE, FL 33617

ARBY'S # 7631
612 US HWY 60 W
LAKE WALES, FL 33859

ARBY'S # 7656
5 US HWY 27
AVON PARK, FL 33825

ARBY'S # 8240
3370 SR 60 EAST
VALRICO, FL. 33594

ARBY"S # 8328
490 N. Suncoast Blvd
Crystal River, FL 34429

ARBY's # 8318
3820 S. Dale Mabry
Tampa, FL 33611

## FOCUS TEN OF TAMPA, INC. MAILING MATRIX

A.D.S. Electronics, Inc.
4922 18th Ave So.
Gulfport, FL 33707-4333

Access Point, Inc.
Dept AT 952853
Atlanta,GA 31192-2853

Accommodating Services
19456 State Hwy 60
East Lake Wales, FL 33898-7185

ACR Supply Co., Inc.
4040 S. Alston Ave.
Durham, NC 27713

ADP Tax Credit Services
2205 Enterprise Dr. Suite C
Florence, SC 29501

ADP Tax Credit Services
P.O. Box 0500
Carol Stream, IL 60132-0500

ADT Security Services, Inc.
P.O. Box 371967
Pittsburgh, PA 15250-7967

AFA Service Corporation
P.O. Box 890951
Charlotte, NC 28289-0951

Allen Industries
11351 49th Street N.
Clearwater, FL 33762

Ameri-Fax
2021 N Glassell St.
Orange, CA 92865

American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336

American United Life Insurance Co.
5425 Reliable Pkwy
Chicago, IL 60686-0054

Apple Sign & Awning, LLC
1635 N. Dale Mabry Hwy
Suite 7
Lutz, FL 33548

Arby's Franchise Association
1155 Perimeter Center West
Atlanta,GA 30338

Arby's of Jacksonville, Inc.
Jones McKnight & Edmonson, PC
P.O. Box 82178
Conyers, GA 30013

ARCOP, Inc.
1155 Perimeter Center West
Suite 1000
Atlanta, GA 30338

Arby's Coop - Tampa
Jones McKnight & Edmonson, PC
1429 Business Center Drive
Conyers, GA 30094

Arby's Restaurant Group, Inc.
1155 Perimeter Center West
Atlanta, GA 30338

B Kirby Communications
5532 Scaramuche Lane
Orlando, FL 32821

Bay Appraisal & Environmental, Inc.
19046 Bruce B. Downs Blvd., #246
Tampa, FL 33647-2434

Bayshore Plumbing
P.O. Box 13428
Tampa, FL 33681

Beltram Edge Tool Supply, Inc.
dba Beltram Foodservice Group
6800 N. Florida Ave.
Tampa, FL 33604

Bezac Equipment
3721 Mahoning Ave.
Youngstown, OH 44515

Blade Uniforms
P.O. Box 932058
Atlanta, GA 31193-2058

Bank of America Merchant Services
P.O. Box 2485
Spokane, WA 99210

BOCC Hillsborough County
P.O. Box 30702
Tampa FL 33630-3702

BroadSource Technologies Corp.
8870 N. Himes Ave., #319
Tampa, FL 33614

C J Bickimer & R.A. Bickimer Co-Trustees
c/o Bruce Strumpf, Inc.
2120 Drew St.
Clearwater, FL 33765

Capital One Auto Finance
P.O. Box 93016
Long Beach, CA 90809-3016

Central Florida Gas Company
P.O. Box 960
Winter Haven, FL 33882-0960

Cintas Fire Protection Gulfcoast Fire & Safety
9203-D King Palm Drive
Tampa, FL 33619

Circle Lock & Key
P.O. Box 261586
Tampa, FL 33685

Citrus County BOCC
3600 W Sovereign Path
Suite 127
Lecanto, FL 34461

Citrus County Chamber of Commerce
401 W. Tompkins St.
Inverness, FL 34450

Citrus County Tax Collector
801 S.E. Hwy 19
Crystal River, FL 34429

City of Avon Park Utilities
110 E. Main Street
Avon Park, FL 33825-3945

City of Crystal River
123 N.W. Highway 19
Crystal River, FL 34428-3999

City of Lake Wales Utilities Dept.
P.O. Box 1320
Lake Wales, FL 33859-1320

City of Mulberry
P.O. Box 707
Mulberry, FL 33860

City of Tampa
TPD False Alarms Cashiering-Police
2105 N. Nebraska Ave.
Tampa, FL 33602

City of Tampa Utilities
P.O. Box 30191
Tampa, FL 33630-3191

City of Temple Terrace
11250 North 56th St.
Temple Terrace, FL 33687

Commercial Appliance Service Inc.
8416 Laurel Fair Circle, #114
Tampa, FL 33610

Commercial Equipment Service
1801 Mapleleaf Blvd.
Oldsmar, FL 34677

4

Commerical Solid Waste Assessment-BOCC
3600 W. Sovereign Path
Suite 127
Lecanto, FL 34461

Conroy, John T.
2010 S E Hwy 19 #2
Crystal River, FL 34429

Creative Colors International
P.O. Box 360124
Tampa, FL 33673-0124

Crystal River Suncoast, LLC
14 South Main Street
Greenville, SC  29601

Dave McGann, Trustee
The Licensee Trust West
201 No River Dr.
Suite 360
Spokane, WA 99201

Dept of Bus Regulation
P.O. Box 6300
Tallahassee, FL 32314-6300

Design Furnishings
3647 All American Blvd.
Orlando, FL 32810

Digicor, Inc.
11437 Challenger Ave.
Odessa, FL 33556

Discover Merchant Services
P.O. Box 3016
New Albany, OH  43054

Florida Dept. of Business & Regulation Division
  of Hotels & Restaurants
P.O. Box 5700
Tallahassee, FL 32314-5700

DMS Neon Signs, Inc.
5421 Old Poole Rd.
Suite 106
Raleigh, NC 27610

5

Doug Belden Tax Collector
Hillsborough Tax Collector
P.O. Box 172920
Tampa, FL 33672-0920

EarthLink, Inc
P.O. Box 6452
Carol Stream, IL 60197-6452

Ecolab Equipment Care GCS Service, Inc.
24673 Network Pl.
Chicago, IL 60673-1246

Edward Pilkington AIA Architect, P.A.
254 East Stuart Ave.
Lake Wales, FL 33853

Embarq
P.O. Box 96064
Charlotte, NC 28296-0064

ERC Parts, Inc.
4001 Cobb International Blvd.
Kennesaw, GA 30152

Flowers Baking Co. of Bradenton
P.O. Box 101741
Atlanta, GA 30392

FBC of Jacksonville
P.O. Box 751142
Charlotte, NC 28275

FCS Florida Holdings, LLC
TIC KSCS Florida Holdings, LLC
111 East 61st Street
New York, NY 10065

FDOT-State of FL Dept of Transp.
Violation Enforcement Section
P.O. Box 880069
Boca Raton, FL 33488-0069

FDS Disposal, Inc.
P.O. Box 1090
Hernando, FL 34442

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Ferguson Heating & Cooling
P.O. Box 100286
Atlanta, GA 30384-0286

Fire Fighter, Inc.
P.O. Box 888
Land O' Lakes, FL 34639

Fire Fighters Equipment Co.
P.O. Box 60189
Jacksonville, FL 32236-0189

Fire King Security Products, LLC
P.O. Box 70869
Philadelphia, PA 19176-5869

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0120

Florida Dept of Revenue
Attn: Karin Foust
6709 Ridge Rd.
Suite 300
Port Richey, FL 34668

Fletcher Electric Service, Inc.
221 E. Central Avenue
Lake Wales, FL 33853

Fletcher Martin, LLC
P.O. Box 533065
Atlanta, GA 30353-3065

Florida By Products, Inc.
465 Caboose Place
Mulberry, FL 33860

Florida Natural Gas
P.O. Box 934726
Atlanta, GA 31193-4726

Florida Natural Gas-M & LW
P.O. Box 945785
Atlanta,GA 30394

Florida Refuse Service
P.O. Box 9001599
Louisville, KY 40290-1599

Focus Ten
28704 Bennington Dr.
Wesley Chapel, FL 33543

Franklin Machine Products, Inc
P.O. Box 8500 S-41570
Philadelphia, PA 19178

Frontier Lighting, Inc.
2090 Palmetto Street
Clearwater, FL 33765

Glass Pros of Tampa
4912 N. Manhattan Ave.
Tampa, FL 33614

Great Central Insurance Co.
c/o Argo Select
P.O. Box 975498
Dallas, TX 75397-5498

Greenspan Marketing, Inc.
2397 McGarity Rd.
McDonough, GA 30252

Haines City Fire and Security Service, Inc
P.O. Box 1699
Winter Haven, FL 338822

Harv Enterprises, Inc.
3170 S.E. Gran Via Way
Stuart, FL 34996-5150

Helget Gas Products, Inc.
P.O. Box 24246
Omaha, NE 68124-0246

Heritage Food Service Equipment, Inc.
P.O. Box 8710
Fort Wayne, IN 46898-8710

Hernando County Tax Collector
20 N. Main Street
Room 112
Brooksville, FL 34601-2892

Hernando County Utilities
P. O. Box 30384
Tampa, FL 33630-3384

Highlands County Tax Collector
540 S. Commerce Ave.
Sebring, FL 33870

Hillsborough County Tax Collector
P.O. Box 172920
Tampa, FL 33672

Hillsborough Cty Board
Comm. Code Enforcement Dpt
10119 Windhorst Rd.
Tampa, FL 33619

Hillsborough County BOCC
10061 E. Adamo Dr.
Tampa, FL 33619

HME Electronics, Inc.
14110 Stowe Drive
Poway, CA 92064

Hobart Corporation
5424 West Waters Ave.
Tampa, FL 33634-1294

Hometown Values
P.O. Box 1923
Crystal River, FL 34429

Irwin Franchise Capital One
One Maynard Dr.
Suite 2104
Park Ridge, NJ 07656

Irwin Franchise Capital Avon Park
One Maynard Dr.
Suite 2104
Park Ridge, NJ 07656

Irwin Lake Wales
One Maynard Dr.
Suite 2104
Park Ridge, NJ 07656

Irwin Race Track
One Maynard Dr.
Suite 2104
Park Ridge, NJ 07656

Irwin Ridge Manor
One Maynard Dr.
Suite 2104
Park Ridge, NJ 07656

Janitor's Closet
4183 Hillsborough Ave.
Tampa, FL 33610

Joe G. Tedder Tax Collector
Polk County Tax Collector
P.O. Box 2016
Bartow, FL 33831-2016

John Palmer
c/o Euro Service Center
1804 Mill Creek
Mebane, NC 27302

Johnstone Supply
3650 W. Spruce St.
Tampa, FL 33607

KB Fillmore Ltd.
2226 State Road 580
Clearwater, FL 33763

KB Fillmore Riverview LLC
2226 State Road 580
Clearwater, FL 33763

KB Fillmore Valrico LLC
2226 State Road 580
Clearwater, FL 33763

KB Racetrack, LLC
2226 State Road 580
Clearwater, FL 33763

KB Investment Holdings, Ltd.
2226 S.R. 580
Clearwater, FL 33763

Kings Mill Comm. Prop. Owners
   Association, Inc.
c/o Condorde Realty Advisors, Inc.
P.O. Box 271347
Tampa, FL 33688-1347

Lakeland City & Glass
2295 Commerce Pt. Dr.
Suite 180
Lakeland, FL 33801

Lakeland Lock & Safe
1117 South Florida Avenue
Lakeland, FL 33803

Liberty Mutual Insurance Co.
P.O. Box 7247-0109
Philadelphia, PA 19170-0109

Lithia Fish Hawk, LLC
14 S. Main St., 2nd Floor
Greenville, SC 29601

Long Life Lighting
665 Perimeter Road
Greenville, SC 29605

Lott, Mary Suzanne
 and Douglas
1010 Palisades Drive
Jacksonville, FL 27609

Loyal & Hearty, Inc.
26428 Pheasant Run N.
Wesley Chapel, FL 33544-2471

Mahr Company, Inc.
5207 Bayshore Blvd. Ste 18
Tampa, FL 33611

Main Street Bank
23970 U.S. 59 North
Kingswood, TX 77339

Manifest Funding
Attn: Robert Levitsky
655 Business Center Drive
Suite 250
Horsham, PA 19044

Marlin Leasing
P.O. Box 13604
Philadelphia, PA 19101-3604

Marsh USA, Inc.
P.O. Box 281915
Atlanta, GA 30384

Massey Services, Inc.
Attn: Kathy Weller
3350 Ulmerton Rd.
Clearwater, FL 33762

Maxcy Development Group
TC Riverview, LLC
3434 Colwell Ave
Suite 120
Tampa, FL 33614

Meadowbrook Meat Company, Inc
MBM Corp.
2641 Meadowbrook Rd
Rocky Mount, NC 27802

Meares Plumbing, Inc.
8425 Arcola Avenue
Hudson, FL 34667

Mechanik, Nuccio, Hearne & Wester, P.A.
305 S. Boulevard
Tampa, FL 33606-2150

MetTel
P.O. Box 9660
Manchester, NH 03108-9660

Mid State Fire Equipment, Inc.
297 Washington Blvd N.E.
Lake Placid, FL 33852

Midwest Badge Corp.
P.O. Box 1516
Skokie, IL 60076-8516

Mike Olson: Tax Collector
Pasco County Florida
P.O. Box 276
Dade City, FL 33526-0276

MM Landscaping
158 Hayes St.
Lake Wales, FL 33859

N. Wasserstrom & Sons
2300 Lockbourne Rd.
Columbus, OH 43207

Nealis Plumbing, Inc.
P.O. Box 116
Avon Park, FL 33826

Northern Leasing
132 West 31st Street
14th Floor
New York, NY 10001-3405

Northside A/C & Electrical
10701 N. Nebraska Ave.
Tampa, FL 33612

Northwestern Mutual
P.O. Box 3007
Milwaukee, WI 53201-3007

NuCo2, LLC
P.O. Box 9011
Stuart, FL 34995-9011

Ozello Water Association
9769 West Ozello Trail
Crystal River, FL 34429

Pepsi-Cola
P.O. Box 841918
Dallas, TX 75284-1918

Piper Fire Protection, Inc.
P.O. Box 9005
Largo, FL 33771

Polk County Tax Collector
P.O. Box 1189
Bartow, FL  33831-1189

Professional Image
P.O. Box 807
Slidell, LA  70459

Progress Energy Florida, Inc.
P.O. Box 33199
St. Petersburg, FL 33733

Pye-Barker Fire & Safety, Inc.
P.O. Box 70008
Marietta, GA 30007-0008

Ridge Energy Savers, Inc.
135 S. Acuff Rd.
Lake Wales, FL 33859

Robert Spicher Pump Service, Inc.
P.O. Box 353
Riverview, FL 33568

Roto-Rooter
P.O. Box 2642
Lakeland, FL 33806-2642

S&D Coffee, Inc.
P.O. Box 1628
Concord, NC 28026-1628

Safe Touch Security System
Orlando Division
9550 Sunbeam Center Dr.
Jacksonville, FL 32257-6184

Safe Touch Security System
Tampa Division
9550 Sunbeam Center Dr.
Jacksonville, FL 32257-6184

Sam's Club
P.O. Box 9001907
Louisville, KY 40290-1907

Serigraph, Inc.
P.O. Box 517
West Bend, WI 53095

Specialty Lighting & Recycling, Inc.
P.O. Box 643
Frankfort, IL 60423

State Employees Credit Union
P.O. Box 1288
Wake Forest, NC 27588

SunTrust Bank Commercial Credit Services
P.O. Box 26202
Richmond, VA 23260-6202

SVS-Stored Value Systems
101 Bullitt Lane
Suite 305
Louisville, KY 40222

Taylor Freezer New Equipment
P.O. Box 2130
Cumming, GA 30028-2130

Taylor Freezer Sales Company, Inc.
14601 McCormick Drive
Tampa, FL 33626-3025

Taylor Ultimate Services Co.
1780 N. Commerce Parkway
Weston, FL 33326

TCF Equipment Finance
11100 Wayzata Blvd.
Suite 801
Minnetonka, MN 55305

Technical Sales Corporation
P.O. Box 15863
Tampa, FL 33684

Tampa Electric
P.O. Box 31318
Tampa, FL 33631-3318

TECO Peoples Gas
P.O. Box 31017
Tampa, FL 33631-3017

The Flyer
P.O. Box 5059
Tampa, FL 33675-5059

The Howard Company, Inc.
P.O. Box 78228
Milwaukee, WI 53278-0228

The Licensee Trust
West 201 North River Dr.
Suite 260
Spokane, WA 99201

The Pressure's On, Inc.
1706 Lady Bowers Trail
Lakeland, FL 33809

The Prosure Group, Inc.
7217 Benjamin Rd.
Tampa, FL 33634

Traffic Generators
P.O. Box 533065
Charlotte, NC 28217

Treasury Sales & Services, LLC
Attn: Accounting
3815 Northridge Drive
Valrico, FL 33594

Tropic Supply, Inc.
151 N.E. 179th St.
Miami, FL 33162

TruGreen
9942 S.R. 52
Hudson, FL 34669-3008

Truly Nolen of America
P.O. Box 4000
Sebring, FL 33871-4000

TTS Park Associates
8602 Temple Terrace Hwy.
Suite D-44
Tampa, FL 33637

United Healthcare Insurance Co.
Dept CH 10151
Palatine, IL 60055-0151

Valley RBS1, LLC
c/o S & D Valley
P.O. Box 650457
Vero Beach, FL 32965

Verizon Florida, Inc.
P.O. Box 920041
Dallas, TX 75392-0041

Verizon Communications
Verizon Business Fios
P.O. Box 920041
Dallas, TX 75392-0041

Verizon Florida, LLC
P.O. Box 920041
Dallas, TX 75392-0041

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

VRS, Inc.
P.O. Box 212573
Columbia, SC 29221-2573

Wachovia Bank, N.A.
P.O. Box 96074
Charlotte, NC 28296-00740

Waste Services of Florida, Inc.
P.O. Box 5278
Carol Stream, IL 60197-5278

Waste Services of Florida, Inc.
P.O. Box 5278
Carol Stream, IL 60197-5278

Wells Fargo Insurance
Services Southeast
P.O. Box 201629
Dallas, TX 75320-1629

West Coast Life Insurance Company
P.O. Box 2252
Birmingham, AL 35246-0078

Wharton Investment Group, Ltd.
Attn: Phil Procacci
925 South Federal Hwy.
Suite 400
Boca Raton, FL 33432

Willow Lake Apartment
26675 Players Circle
Lutz, FL 33559

Withlacoochee River Electric Corp, Inc.
P.O. Box 100
Dade City, FL 33526-0100

# 9297193_v1