B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re  FOCUS TEN OF TAMPA INC  ,  Case No. _____
          Debtor
                                              Chapter  11


## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| SEE LIST ATTACHED | | | | |

Date: 3/30/2010

_____
Debtor

*[Declaration as in Form 2]*

FOCUS TEN OF TAMPA, INC.
LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of Creditor and complete mailing address | (2) Name of contact at creditor and address and contact phone | (3) Nature of Claim (i.e trade debt, bank loan etc..) | (4) Indicate if claim is contingent, unliquidated disputed or subject to settoff | (5) Amount of Claim if secured also state value of security | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 1 ARBY'S RESTAURANT GROUP<br>1155 PERIMETER CTR WEST<br>ATLANTA, GA 30338 | BILL DUFFY, CFO<br>ARBY'S RESTAURANT GROUP<br>1155 PERIMETER CTR WEST<br>ATLANTA, GA 30338<br>TELE 1-678-514-4100 | ROYALTY & AFA FEES | | | 369,910 |
| 2 ARBY'S COOP OF TAMPA<br>c/o Jones McKnight & Edmonson<br>1429 Business Ctr Drive<br>Conyers, GA 30094 | BILL DUFFY, CFO<br>ARBY'S RESTAURANT GROUP<br>1155 PERIMETER CTR WEST<br>ATLANTA, GA 30338<br>TELE 1-678-514-4100 | CO-OP FEES | | | 146,821 |
| 3 KB FILLMORE LTD<br>2226 STATE RD 580<br>CLEARWATER, FL 33763 | ROBERT SCHMIDT<br>KB FILLMORE LTD<br>2226 STATE RD 580<br>CLEARWATER, FL 33763<br>TELE 727-499-2229 | LEASE - RIDGE MANOR, FL | | | 189,525 |
| 4 KB RACETRACK,LLC<br>2226 STATE RD 580<br>CLEARWATER, FL 33763 | ROBERT SCHMIDT<br>KB RACETRACK,LLC<br>2226 STATE RD 580<br>CLEARWATER, FL 33763<br>TELE 727-499-2229 | LEASE TERMINATION | | | 80,569 |
| 5 KB FILLMORE RIVERVIEW LLC<br>2226 STATE RD 580<br>CLEARWATER, FL 33763 | ROBERT SCHMIDT<br>KB FILLMORE RIVERVIEW, LLC<br>2226 STATE RD 580<br>CLEARWATER, FL 33763<br>TELE 727-499-2229 | LEASE - RIVERVIEW | | | 221,760 |
| 6 KB FILLMORE VALRICO LLC<br>2226 STATE RD 580<br>CLEARWATER, FL 33763 | ROBERT SCHMIDT<br>KB FILLMORE RIVERVIEW, LLC<br>2226 STATE RD 580<br>CLEARWATER, FL 33763<br>TELE 727-499-2229 | LEASE-VALRICO | | | 147,575 |

FOCUS TEN OF TAMPA, INC.
LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of Creditor and complete mailing address | (2) Name of contact at creditor and address and contact phone | (3) Nature of Claim (i.e trade debt, bank loan etc..) | (4) Indicate if claim is contingent, unliquidated disputed or subject to settoff | (5) Amount of Claim if secured also state value of security | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 7 LITHIA FISHHAWK, LLC<br>14 S MAIN STREET 2ND FLOOR<br>GREENVILLE, SC 29601 | PHIL WILSON<br>LITHIA FISHHAWK, LLC<br>14 S MAIN STREET 2ND FLOOR<br>GREENVILLE, SC 29601<br>TELE 864-242-4008 | LEASE FISHHAWK | | | 174,166 |
| 8 KSCS FLORIDA HOLDINGS, LLC<br>111 E 61ST STREET<br>NEW YORK, NY 10065 | BRUCE SLOVIN<br>KSCS FLORIDA HOLDINGS, LLC<br>111 E 61ST STREET<br>NEW YORK, NY 10065<br>TELE 1-212-588-1261 | LEASE TEMPLE TERRACE | | | 136,486 |
| 9 VALLEY RBS1, LLC<br>P O BOX 650457<br>VERO BEACH, FL 32965 | STEVE VALLEY<br>VALLEY RBS1, LLC<br>P O BOX 650457<br>VERO BEACH, FL 32965<br>TELE 561-704-4322 | LEASE MULBERRY | | | 23,096 |
| 10 FLORIDA DEPT OF REVENUE<br>PORT RICHEY SERVICE CTR STE 300<br>PORT RICHEY, FL 34668-6842 | KARIN FOUST<br>FLORIDA DEPT OF REVENUE<br>PORT RICHEY SERVICE CTR STE 300<br>PORT RICHEY, FL 34668-6842<br>TELE 727-841-4493 | SALES TAX AUDIT<br>TAX WARRANT | | | 17,833 |
| 11 B KIRBY COMMUNICATIONS<br>5532 SCARAMUCHE LANE<br>ORLANDO, FL 32821 | TRISH<br>B KIRBY COMMUNICATIONS<br>5532 SCARAMUCHE LANE<br>ORLANDO, FL 32821<br>TELE | DRIVE THRU EQUIPMENT | | | 6,000 |
| 12 MECHANIC NUCCIO HEARNE & WESTER PA<br>305 S BOULEVARD<br>TAMPA, FL 33606 | CAROL KIRKWOOD<br>MECHANIC NUCCIO ET ALL<br>305 S BOULEVARD<br>TAMPA, FL 33606<br>TELE 813-276-1920 | LEGAL BILL | | | 12,704 |
| 13 MBM<br>2641 MEADOWBROOK RD<br>ROCKY MOUNT, NC 27802 | GORDON EATHERLY<br>MBM<br>2641 MEADOWBROOK RD<br>ROCKY MOUNT, NC 27802<br>TELE 252-985-7200 | FOOD DISTRIBUTOR<br>PURCHASE MONEY SECURITY<br>AGREEMENT | | | 90,000 |
| 14 CJ BICKIMER & RA BICKIMER, CO-TRUSTEES<br>c/o BRUCE STRUMPF REALTOR<br>2120 DREW ST<br>CLEARWATER, FL 33765 | RAY BICKIMER<br>c/o BRUCE STRUMPF REALTOR<br>2120 DREW ST<br>CLEARWATER, FL 33765<br>TELE 727-449-2020 | real estate taxes<br>so tampa Arby's | | | 11,600 |

FOCUS TEN OF TAMPA, INC.
LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | (1) Name of Creditor and complete mailing address | (2) Name of contact at creditor and address and contact phone | (3) Nature of Claim (i.e trade debt, bank loan etc..) | (4) Indicate if claim is contingent, unliquidated disputed or subject to settoff | (5) Amount of Claim if secured also state value of security | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|---|
| 15 | MAHR COMPANY INC. 5207 BAYSHORE BLVD ST 18 TAMPA, FL 33611 | MAHR COMPANY INC. 5207 BAYSHORE BLVD ST 18 TAMPA, FL 33611 SANDY MAHR TELE 813-810-4444 | BROKER COMMISSION | | | 16,703 |
| 16 | RETAIL ONE, INC 3803 SAN NICHOLAS ST TAMPA, FL 33629 | RETAIL ONE, INC 3803 SAN NICHOLAS ST TAMPA, FL 33629 CREIGH BOGART TELE 813-624-9600 | BROKER COMMISSION | | | 17,703 |
| 17 | JOHN T CONROY 2010 S E HWY 19 # 2 CRYSTAL RIVER, FL 34429 | JOHN T CONROY 2010 S E HWY 19 # 2 CRYSTAL RIVER, FL 34429 TELE 352-634-2471 | BROKER COMMISSION | | | 10,000 |
| 18 | FOCUS TEN PAYROLL FOCUS TEN 28704 BENNINGTON DR WESLEY CHAPEL, FL 33543 | DONNA J DOYLE FOCUS TEN 28705 BENNINGTON DR WESLEY CHAPEL, FL 33544 | PAYROLL 10 DAYS 3/22/10 - 3/31/10 | | | 60,000 |
| 20 | HIGHLANDS COUNTY TAX COLLECTOR 540 S COMMERCE AVE SEBRING, FL 33870-3867 | HIGHLANDS COUNTY TAX COLLECTOR 540 S COMMERCE AVE SEBRING, FL 33870-3867 CHARLES BRYAN TAX COLLECTOR TELE 863-402-6685 | PERS PROPERTY TAXES AVON PARK ARBY'S | | | 2,710 |
| 21 | POLK COUNTY TAX COLLECTOR 430 E MAIN ST BARTOW, FL 33831-1189 | POLK COUNTY TAX COLLECTOR 430 E MAIN ST BARTOW, FL 33831-1189 JOE G TEDDER TAX COLLECTOR TELE 863-534-4721 | PERS PROPERTY TAXES LAKE WALES ARBY'S MULBERRY ARBY'S | | | 5,069 |
| 22 | HILLSBOROUGH COUNTY TAX COLLECTOR P O BOX 172920 TAMPA, FL 33672-0920 | HILLSBOROUGH COUNTY TAX COLLECTOR P O BOX 172920 TAMPA, FL 33672-0920 DOUG BELDEN TAX COLLECTOR | PERS PROPERTY TAXES ARBY'S TEMPLE TERRACE ARBY'S VALRICO | | | 6,077 |