UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

FOCUS TEN OF TAMPA, INC.,  CASE NO. _____
                           CHAPTER 11
    DEBTOR.
_____/

## LIST OF EQUITY SECURITY HOLDERS

Focus Ten of Tampa, Inc., the above-named chapter 11 debtor, submits the following as its List of Equity Security Holders in accordance with Bankruptcy Rule 1007(a)(3):

| Name | Common |
|---|---|
| Christopher J. Doyle | 25.0 |
| Monina J. Doyle | 25.0 |
| Donna J. Doyle | 25.0 |
| Bradley J. Rockwood | 25.0 |
| **Total Outstanding Shares** | 100 |
| **TOTAL SHARES** | **100** |

Date: March 26, 2010

/s/ Rod Anderson
Rod Anderson
Florida Bar No. 370762
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601
Attorneys for the Debtor

# DECLARATION UNDER PENALTY OF PERJURY

## ON BEHALF OF A CORPORATION OR PARTNERSHIP

 I, Donna J. Doyle, the _Sect - Treas._ (or other officer or an authorized agent of the corporation or a member) or an authorized agent of Focus Ten of Tampa, Inc., (the corporation) named as debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information, and belief.

Date: March 26, 2010

             Signature: _/s/ Donna J. Doyle_

             Print Name: Donna J. Doyle

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571

# 9292377_v1