UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| Focus Ten of Tampa, Inc. | Case No. 8:10-bk-07365-MGW |
| Focus Ten of Florida, Inc. | Case No. 8:10-bk-07372-MGW |
| Focus Ten of Raleigh, Inc. | Case No. 8:10-bk-07377-MGW |
| Focus Ten of Greensboro, LLC | Case No. 8:10-bk-07382-MGW |
| Debtors. _____/ | Chapter 11 |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

This matter came before this Court on the Application for Order Directing Joint Administration of Cases (the "Application") filed by Focus Ten of Tampa, Inc. ("Florida"), Focus Ten of Florida, Inc. ("Tampa"), Focus Ten of Raleigh, Inc. ("Raleigh"), Focus Ten of Greensboro, LLC ("Greensboro"), debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"). This Court, after reviewing the Application, hereby

**ORDERS, ADJUDGES AND DECREES,** that:

1. The Application is hereby **APPROVED**.

2. The estates of Tampa, Florida, Raleigh, and Greensboro shall be jointly administrated (collectively, the "Estates").

3. The Estates are administratively consolidated for procedural purposes only and to provide joint administration of the respective Estates.

4. The Clerk is directed to maintain one main file for the Estates under the Case No. 8:10-bk-7365-MGW (Focus Ten of Tampa, Inc.), with the following exceptions:

   a. All claims filed against Tampa, Florida, Raleigh, and Greensboro shall be maintained under each respective case number. Any claim filed against

Tampa, Florida, Raleigh, and Greensboro shall be treated as a claim against each respective debtor; however, all duplicate claims or obligations shall be eliminated. Any timely filed claim by a creditor in the wrong case number shall be deemed timely filed in the appropriate case; and

b. The Debtors shall file separate monthly DIP operating reports for each respective estate.

5. Future pleadings for the Estates should be captioned in the same manner as this order, with the Tampa case number first, the Florida case number second, the Raleigh case number third, and the Greensboro case number fourth.

6. Quarterly U.S. Trustee fees shall be due for each Debtor.

DONE AND ORDERED in Tampa, Florida on April 02, 2010.

*Michael G. Williamson*
Michael G. Williamson
United States Bankruptcy Judge

123421-1/# 9298338_v1