B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re Focus Ten of Tampa, Inc ,
        Debtor

Case No. 8:10-bk-7365-MGW

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 0.00 | | |
| B - Personal Property | yes | 16 | $ 744,935.00 | | |
| C - Property Claimed as Exempt | yes | 1 | | | |
| D - Creditors Holding Secured Claims | yes | 2 | | $ 979,965.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | yes | 6 | | $ 138,137.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 5 | | $ 1,633,116.00 | |
| G - Executory Contracts and Unexpired Leases | yes | 2 | | | |
| H - Codebtors | yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | no | 0 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | no | 0 | | | $ |
| TOTAL | | 35 | $ 744,935.00 | $ 2,751,218.00 | |

In re _Focus Ten of Tampa, Inc._        Case No. _8:10-bk-7365-MGW_

Debtor                                                        (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **FOLLOWING PEOPLE ARE GUARANTORS ON ALL CREDITORS LISTED IN THE CREDITOR COLUMN** | |
| Donna J. Doyle & Bradley J. Rockwood<br><br>28705 Bennington Drive<br><br>Wesley Chapel, FL 33544 | First Franchise Capital formerly Irwin Franchise Capital<br><br>One Maynard Drive Ste 2104<br><br>Park Ridge, NJ 07656 |
| Christopher J. & Monina J. Doyle<br><br>306 Stratfield Drive<br><br>Lutz, FL 33549 | Manifest Funding<br><br>US Bancorp Equipment Finance Co<br><br>655 Business Ctr Dr Ste 250<br><br>Horsham, PA 19044 |
| Focus Ten of Florida, Inc.<br><br>Focus Ten of Greensboro, LLC<br><br>28705 Bennington Drive<br><br>Wesley Chapel, FL 33544 | Synergy Resources<br><br>655 Business Ctr Dr Ste 250<br><br>Horsham, PA 19044<br><br>MBM Corporation<br><br>2641 Meadowbrook Rd<br><br>Rocky Mount, NC 27802 |

| | |
|---|---|
| | Arby's Restaurant Group<br>1155 Perimeter Ctr West<br>Atlanta, GA 30338 |
| | KB Fillmore LTD<br>KB Race Track<br>KB Fillmore Riverview, LLC<br>KB Fillmore Valrico, LLC<br>2226 SR 580<br>Clearwater, FL 33763 |
| | KSCS Florida Holdings, LLC<br>111 E 61st St<br>New York, NY 10065 |
| | Valley RBS1, LLC<br>P O Box 650457<br>Vero Beach, FL 32965<br>Harv Enterprises<br>3170 SE Gran Via Way<br>Stuart, FL 34996 |
| Christopher J Doyle<br>306 Stratfield Dr<br>Lutz, FL 33549<br>Focus Ten of Florida Inc.<br>Focus Ten of Greensboro, LLC<br>Focus Ten of Raleigh, Inc.<br>28705 Bennington Drive<br>Wesley Chapel, FL 33544 | Crystal River Suncoast LLC<br>14 S Main St 2nd Floor<br>Greenville, SC 29601<br>Lithia Fishhawk, LLC<br>14 S Main St 2nd Floor<br>Greensville, SC 29601 |

# United States Bankruptcy Court

In re  Focus Ten of Tampa, Inc          ,
       Debtor

Case No. 8:10-bk-7365-MGW

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 56,337.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 56,337.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 979,965.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 138,137.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 1,633,116.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 2,613,081.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Focus Ten of Tampa, Inc.          ,           Case No.  8:10-bk-7365-MGW
           Debtor                                              (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                  Debtor

Date _____        Signature: _____
                                                  (Joint Debtor, if any)

                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer                 (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address
X _____          _____
Signature of Bankruptcy Petition Preparer           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Secretary-Treasurer    [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Focus Ten of Tampa, Inc.   [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  04/19/2010                         Signature: _____
                                                    Donna J. Doyle
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.